**E-FILED**
Tuesday, 02 May, 2006  02:44:36 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION**

| | | |
|---|---|---|
| *IN RE*: | ) | **In Proceedings Under Chapter 12** |
| | ) | |
| *JERRY WOLTMAN*, | ) | |
| | ) | |
| Debtor. | ) | **Case No. 06-90150** |

———————————

# MOTION FOR LEAVE TO APPEAL

———————————

Pursuant to Rule 8003 of the Federal Rules of Bankruptcy Procedure, debtor, Jerry Woltman (hereafter "Woltman"),  moves for leave to appeal the bankruptcy court's April 12, 2006, Order, removing debtor as debtor-in-possession. In support of this motion, Woltman states the following:

(1) <u>Statement of Facts Necessary to an Understanding of Questions to be Presented by the Appeal</u>.  On February 20, 2006, Woltman filed a voluntary petition for relief under Chapter 12 of Title 11.  Woltman now farms approximately 291 acres of ground in Edgar County, lllinois, and owns additional acreage upon which he raises hogs. During 2004 and 2005, Woltman experienced equipment problems and a personal injury that, along with heavy rains, coalesced to delay his harvest of the 2004 crops and the planting of the 2005 crops. Woltman did not finish  harvesting  the 2004 crops until May, 2005, and did not begin planting until June, 2005. Woltman ultimately planted 261 acres of crops during 2005, but only harvested 150 acres, the remainder having failed in large part because of poor weed control.  On February 25, 2006, U.S. Bank National Association, which has a mortgage against a significant portion of Woltman's realty, moved to have Woltman removed as debtor-in-possession, pointing to Woltman's prior failed Chapter 12 bankruptcy, his delayed harvest, delayed planting and failure to plant some crops at all, contending that all of this amounted to gross mismanagement and incompetence.  A hearing was held on U.S. Bank's motion on April 10, 2006.

On April 12, 2006, the bankruptcy court entered an order removing Woltman as debtor-in-possession. Woltman has appealed this order as both a final and interlocutory order.

(2)    <u>Statement of Questions to be Raised on Appeal and Relief Sought</u>. The question to be raised on appeal is whether the bankruptcy court erred in removing Woltman as debtor-in-possession because of gross mismanagement and incompetence. The relief sought is reversal of the bankruptcy court's order removing Woltman as debtor-in-possession.

(3)    <u>Reasons why an Appeal Should be Granted</u>. Removal of Woltman as debtor-in-possession increases the administrative costs associated with Woltman's bankruptcy precipitously. The trustee's fees will increase exponentially and someone will have to be hired to farm Woltman's tillable acreage and to care for and raise Woltmna's pigs. Consequently, money that would have otherwise been expended as part of Woltman's reorganization will now be unavailable, thus threatening the prospects of a successful reorganization.

(4)    <u>A Copy of the Judgment, Order, or Decree Complained of.</u> A copy of the bankruptcy court's April 12, 2006, Order, is attached.

**ACTON** & **SNYDER, LLP,**
**Attorneys for Debtor,**
**Jerry Woltman,**

**By** /s/ *Steven L. Blakely*

**Steven L. Blakely**

**<u>Certificate of Service</u>**

The undersigned certifies that a copy of the forgoing document was served electronically upon all parties scheduled on the court's EFC Notice List this April 20, 2006.

The undersigned further certifies that a copy of the forgoing document was served upon the following persons:

| | |
|---|---|
| Richard L. James | Michael Clark |
| 328 Central Avenue | 401 Main Street, Suite 1130 |
| Post Office Box 820 | Peoria, Illinois 61202 |
| Paris, Illinois 61944 | |
| George G. Bryan | |

Helen F. Grandone
TUMMELSON, BRYAN *&* KNOX
115 North Broadway Avenue
Post Office Box No. 99
Urbana, Illinois 61803-0099

by mailing a copy of it to them via First Class United States Mail, postage prepaid, on April 21, 2006.

/s/ *Steven L. Blakely*
**Steven L. Blakely**

Steve Miller
Steven L. Blakely
ACTON *&* SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217)442-0355
Fax (217)442-0335

**E-FILED**
Monday, 08 May, 2006  09:16:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATE BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Jerry Woltman, | ) | | |
| | ) | No. 06-90150 | |
| Debtor | ) | Chapter 12 | |

**ANSWER IN OPPOSITION**
**TO DEBTOR'S MOTION FOR LEAVE TO APPEAL**

NOW COMES U.S. BANK NATIONAL ASSOCIATION, by its attorneys, Tummelson Bryan & Knox, and pursuant to Rule 8003(a) of the Federal Rules of Bankruptcy Procedure and files this its Answer in Opposition to the Debtor's Motion for Leave to Appeal and states in support thereof:

1.     In paragraph 3, reasons why an appeal should be granted, the debtor sets forth that the reason for an appeal of the Order removing him as debtor in possession is that there will be an increase in administrative costs;

2.     This creditor has been advised that the Trustee has taken control of the property and has made arrangements for a cash rent farm lease with David W. Black, all as is set forth in the Trustee's Motion for Approval to Enter into Cash Rent Farm Lease and that the Trustee has also conversed with the debtor's attorney concerning the sale of the debtor's livestock;

3.     The Court determined that pursuant to 11 USC §1204 that the debtor should be removed as debtor in possession due to his incompetence and gross mismanagement of the debtor's farm property;

4.     The Court in making such a finding has determined that the debtor is not able to adequately farm his property and has determined that it is best that an independent person, to-wit: the Trustee, be responsible for the property to make sure it is properly farmed for the current farm year and that the property does not further deteriorate due to the incompetence and gross mismanagement of the debtor;

5.     Although the result in the Trustee farming the property may add to increased costs, the responsibility of the farming of the property by the Trustee is more beneficial to the creditors than the possibility of further deterioration of the farm and/or the failure to property farm the property due to the debtor's gross incompetence and mismanagement.

WHEREFORE, U.S. BANK prays that its objections will be sustained and that the debtor's Motion for Leave to Appeal will be denied and for such other and further relief as may be just and proper.

U.S. BANK NATIONAL ASSOCIATION
Creditor

BY: TUMMELSON BRYAN & KNOX

   /s/          *George G. Bryan*
            One of Its Attorneys

George G. Bryan/rs
TUMMELSON BRYAN & KNOX
115 North Broadway, P. O. Box 99
Urbana, Illinois  61803-0099
Telephone:  (217) 367-2500

**<u>CERTIFICATE OF SERVICE</u>**

I, GEORGE G. BRYAN, certify that a copy of the foregoing document was served electronically upon all parties scheduled on the court's EFC Notice List on April 28, 2006.

Mr. Steve Miller
Acton & Snyder, LLP
11 East North Street
Danville, Illinois  61832-5803

Mr. Michael Clark
401 Main Street, Suite 1130
Peoria, Illinois  61202

Mr. Richard L. James
328 Central Avenue
Post Office Box 820
Paris, Illinois  61944

s/     *George G. Bryan*_____

**E-FILED**
Monday, 08 May, 2006  09:16:43 AM
Clerk, U.S. District Court, ILCD

United States Bankruptcy Court
Central District of Illinois

| | | | |
|---|---|---|---|
| In re: | ) | Case No. | **06-90150** |
| **Jerry Woltman** | ) | | |
| Debtor(s) | ) | Civil Case No. | * |

## RECORD ON APPEAL - INDEX TRANSMITTAL

Contents:

1.   Copy of docket sheets from bankruptcy 06-90150.
2.   Debtor's Motion for Leave to Appeal (Doc. #67)
3.   Debtor's Notice of Appeal (Doc. #63)
4.   Debtor's Notice of Appeal Interlocutory Order (Doc. #66)
5.   Response by U.S. Bank National Association to Debtor's Motion for Leave to Appeal
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.

Copy to:

*
*
*

E-FILED
Monday, 08 May, 2006  09:17:31 AM
Clerk, U.S. District Court, ILCD

UNITED STATE BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| Jerry Woltman, | ) | | |
| | ) | No. 06-90150 | |
| Debtor | ) | Chapter 12 | |

**ANSWER IN OPPOSITION
TO DEBTOR'S MOTION FOR LEAVE TO APPEAL**

NOW COMES U.S. BANK NATIONAL ASSOCIATION, by its attorneys, Tummelson Bryan & Knox, and pursuant to Rule 8003(a) of the Federal Rules of Bankruptcy Procedure and files this its Answer in Opposition to the Debtor's Motion for Leave to Appeal and states in support thereof:

1.     In paragraph 3, reasons why an appeal should be granted, the debtor sets forth that the reason for an appeal of the Order removing him as debtor in possession is that there will be an increase in administrative costs;

2.     This creditor has been advised that the Trustee has taken control of the property and has made arrangements for a cash rent farm lease with David W. Black, all as is set forth in the Trustee's Motion for Approval to Enter into Cash Rent Farm Lease and that the Trustee has also conversed with the debtor's attorney concerning the sale of the debtor's livestock;

3.     The Court determined that pursuant to 11 USC §1204 that the debtor should be removed as debtor in possession due to his incompetence and gross mismanagement of the debtor's farm property;

4.    The Court in making such a finding has determined that the debtor is not able to adequately farm his property and has determined that it is best that an independent person, to-wit: the Trustee, be responsible for the property to make sure it is properly farmed for the current farm year and that the property does not further deteriorate due to the incompetence and gross mismanagement of the debtor;

5.    Although the result in the Trustee farming the property may add to increased costs, the responsibility of the farming of the property by the Trustee is more beneficial to the creditors than the possibility of further deterioration of the farm and/or the failure to property farm the property due to the debtor's gross incompetence and mismanagement.

WHEREFORE, U.S. BANK prays that its objections will be sustained and that the debtor's Motion for Leave to Appeal will be denied and for such other and further relief as may be just and proper.

U.S. BANK NATIONAL ASSOCIATION
Creditor

BY: TUMMELSON BRYAN & KNOX

  /s/          *George G. Bryan*
    One of Its Attorneys

George G. Bryan/rs
TUMMELSON BRYAN & KNOX
115 North Broadway, P. O. Box 99
Urbana, Illinois  61803-0099
Telephone:  (217) 367-2500

## **CERTIFICATE OF SERVICE**

I, GEORGE G. BRYAN, certify that a copy of the foregoing document was served electronically upon all parties scheduled on the court's EFC Notice List on April 28, 2006.

Mr. Steve Miller
Acton & Snyder, LLP
11 East North Street
Danville, Illinois  61832-5803

Mr. Michael Clark
401 Main Street, Suite 1130
Peoria, Illinois  61202

Mr. Richard L. James
328 Central Avenue
Post Office Box 820
Paris, Illinois  61944

s/     *George G. Bryan*_____

**E-FILED**
Monday, 08 May, 2006  09:18:13 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| *IN RE*: | ) | **In Proceedings Under Chapter 12** |
| | ) | |
| *JERRY WOLTMAN*, | ) | |
| | ) | |
| Debtor. | ) | **Case No. 06-90150** |

—————————————

# NOTICE OF APPEAL

—————————————

Pursuant to Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, debtor, Jerry Woltman, hereby gives notice of his appeal under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the Hon. Gerald D. Fines, United States Bankruptcy Judge, entered in this proceeding on April 12, 2006, removing debtor as debtor-in-possession.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of the respective attorneys are as follows:

| | |
|---|---|
| Creditor: | U.S. Bank National Association |
| Counsel for Creditor: | George G. Bryan<br>Helen F. Grandone<br>TUMMELSON, BRYAN & KNOX<br>115 North Broadway Avenue<br>Post Office Box No. 99<br>Urbana, Illinois 61803-0099<br>Tel. (217)367-2500 |
| Creditor: | First Financial Bank |
| Counsel for Creditor: | Richard L. James<br>328 Central Avenue<br>Post Office Box 820<br>Paris, Illinois 61944<br>Tel. (217)465-2529 |
| Trustee: | Michael Clark |

401 Main Street, Suite 1130
Peoria, Illinois 61202
Tel. (309)674-6137

Debtor:                          Jerry Woltman

Counsel for Debtor:              Steve Miller
                                 Steven L. Blakely
                                 ACTON & SNYDER, LLP
                                 11 East North Street
                                 Danville, Illinois 61832
                                 Tel. (217)442-0350

                         **ACTON & SNYDER, LLP,**
                         **Attorneys for Debtor,**
                         **Jerry Woltman,**

                         **By** /s/ *Steven L. Blakely*

                            **Steven L. Blakely**

## **Certificate of Service**

The undersigned certifies that a copy of the forgoing document was served electronically upon all parties scheduled on the court's EFC Notice List this April 20, 2006.

The undersigned further certifies that a copy of the forgoing document was served upon the following persons:

| | |
|---|---|
| Richard L. James | Michael Clark |
| 328 Central Avenue | 401 Main Street, Suite 1130 |
| Post Office Box 820 | Peoria, Illinois 61202 |
| Paris, Illinois 61944 | |

George G. Bryan
Helen F. Grandone
TUMMELSON, BRYAN & KNOX
115 North Broadway Avenue
Post Office Box No. 99
Urbana, Illinois 61803-0099

by mailing a copy of it to them via First Class United States Mail, postage prepaid, on April 20, 2006.

/s/ *Steven L. Blakely*
**Steven L. Blakely**

Steve Miller
Steven L. Blakely
ACTON & SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217)442-0355
Fax (217)442-0335

**E-FILED**
Monday, 08 May, 2006   09:18:33 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**DANVILLE DIVISION**

| | | |
|---|---|---|
| *IN RE*: | ) | **In Proceedings Under Chapter 12** |
| | ) | |
| *JERRY WOLTMAN*, | ) | |
| | ) | |
| Debtor. | ) | **Case No. 06-90150** |

———————————————

# Notice of Appeal

### (Interlocutory Order)

———————————————

Pursuant to Rule 8001(b) of the Federal Rules of Bankruptcy Procedure, debtor, Jerry Woltman, hereby gives notice of his appeal under 28 U.S.C. §158(a) or (b) from the judgment, order or decree of the Hon. Gerald D. Fines, United States Bankruptcy Judge, entered in this proceeding on April 12, 2006, removing debtor as debtor-in-possession.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of the respective attorneys are as follows:

Creditor:          U.S. Bank National Association

Counsel for Creditor:      George G. Bryan
Helen F. Grandone
TUMMELSON, BRYAN & KNOX
115 North Broadway Avenue
Post Office Box No. 99
Urbana, Illinois 61803-0099
Tel. (217)367-2500

Creditor:          First Financial Bank

Counsel for Creditor:      Richard L. James
328 Central Avenue
Post Office Box 820
Paris, Illinois 61944
Tel. (217)465-2529

Trustee:                    Michael Clark
                            401 Main Street, Suite 1130
                            Peoria, Illinois 61202
                            Tel. (309)674-6137


Debtor:                     Jerry Woltman

Counsel for Debtor:         Steve Miller
                            Steven L. Blakely
                            ACTON & SNYDER, LLP
                            11 East North Street
                            Danville, Illinois 61832
                            Tel. (217)442-0350

                                    **ACTON & SNYDER, LLP,**
                                    **Attorneys for Debtor,**
                                    **Jerry Woltman,**

                                    **By** /s/ *Steven L. Blakely*

                                        **Steven L. Blakely**

# <u>Certificate of Service</u>

The undersigned certifies that a copy of the forgoing document was served electronically upon all parties scheduled on the court's EFC Notice List this April 21, 2006.

The undersigned further certifies that a copy of the forgoing document was served upon the following persons:

<table>
<tr><td>Richard L. James<br>328 Central Avenue<br>Post Office Box 820<br>Paris, Illinois 61944</td><td>Michael Clark<br>401 Main Street, Suite 1130<br>Peoria, Illinois 61202</td></tr>
<tr><td>George G. Bryan<br>Helen F. Grandone<br>TUMMELSON, BRYAN & KNOX<br>115 North Broadway Avenue<br>Post Office Box No. 99<br>Urbana, Illinois 61803-0099</td><td></td></tr>
</table>

by mailing a copy of it to them via First Class United States Mail, postage prepaid, on April 21, 2006.

/s/ *Steven L. Blakely*
**Steven L. Blakely**

Steve Miller
Steven L. Blakely
ACTON & SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217)442-0355
Fax (217)442-0335



# U.S. Bankruptcy Court
## Central District of Illinois (Danville)
### Bankruptcy Petition #: 06-90150
#### Internal Use Only

*Assigned to:* Judge Gerald D Fines
Chapter 12
Voluntary
Asset

*Date Filed:* 02/20/2006

**Jerry Woltman**
18175 E 450th Rd
Paris, IL 61944
SSN: ███████
*Debtor*

represented by

**Steve Miller**
11 E North St.
Danville, IL 61832
(217) 442-0350
Email: bstark1958@aol.com

**Michael D Clark**
401 Main #1130
Peoria, IL 61602
309-674-6137
*Trustee*

**U.S. Trustee**
Office Of Nancy J. Gargula U.S.
Trustee
401 Main St #1100
Peoria, IL 61602
309-671-7854
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 02/20/2006 | 1 | Chapter 12 Voluntary Petition Fee Amount $239 Filed by Jerry Woltman Government Proof of Claim due by 8/19/2006. (Miller, Steve) (Entered: 02/20/2006) |
| 02/20/2006 | | Receipt of Voluntary Petition (Chapter 12)(06-90150) [misc,volp12cc] ( 239.00) Filing Fee. Receipt number 1721061. Fee amount 239.00 (U.S. Treasury) (Entered: 02/20/2006) |
| 02/20/2006 | 2 | Application to Employ Acton & Snyder, LLP as Attorney Filed by Steve Miller on behalf of Jerry Woltman (Attachments: # 1 Agreement) (Miller, Steve) (Entered: 02/20/2006) |
| 02/21/2006 | 3 | Order Requiring Matrix,Form B21 and/or Amended Petition . Matrix/Form B21/Amended Petition Due by 2/26/2006. (court, nbed) (Entered: |

| | | |
|---|---|---|
| | | 02/21/2006) |
| 02/21/2006 | ●4 | Order Requiring Missing Documents . Missing Documents Due by 3/8/2006 (court, nbed) (Entered: 02/21/2006) |
| 02/21/2006 | ●5 | (Text-only order, no associated pdf) IT IS ORDERED: Debtor(s) file a Chapter 12 Plan. . Chapter 12 Plan due by 5/22/2006. (court, nbed) (Entered: 02/21/2006) |
| 02/21/2006 | | Trustee Michael D Clark added to case (court, nbed) (Entered: 02/21/2006) |
| 02/21/2006 | ●6 | Court Notice Requesting Order (RE: related document(s)2 Application to Employ filed by Debtor Jerry Woltman) Order Due 3/7/2006. (court, lblo) (Entered: 02/21/2006) |
| 02/21/2006 | ●7 | Order Granting Application to Employ Steve Miller (Related Doc # 2) (court, lblo) (Entered: 02/21/2006) |
| 02/23/2006 | ●8 | Notice of Appearance and Request for Notice to *George G. Bryan* 115 North Broadway Avenue, P. O. Box 99, Urbana, IL 61803-0099 Filed by George G Bryan on behalf of U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox. (Bryan, George) (Entered: 02/23/2006) |
| 02/23/2006 | ●9 | BNC Certificate of Mailing (RE: related document(s)4 Order Requiring Missing Documents) No. of Notices: 3. Service Date 02/23/2006. (Admin.) (Entered: 02/24/2006) |
| 02/23/2006 | ●10 | BNC Certificate of Mailing (RE: related document(s)3 Order Requiring Matrix Amended Petition) No. of Notices: 3. Service Date 02/23/2006. (Admin.) (Entered: 02/24/2006) |
| 02/23/2006 | ●11 | BNC Certificate of Mailing (RE: related document(s)6 Order Request Notice) No. of Notices: 2. Service Date 02/23/2006. (Admin.) (Entered: 02/24/2006) |
| 02/23/2006 | ●12 | BNC Certificate of Mailing - PDF Document (RE: related document(s)7 Order Authorizing Employment of Professional) No. of Notices: 4. Service Date 02/23/2006. (Admin.) (Entered: 02/24/2006) |
| 02/25/2006 | ●13 | Motion for Removal of Debtor as Debtor in Possession Filed by George G Bryan on behalf of U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Bryan, George) (Entered: 02/25/2006) |
| 02/27/2006 | ●14 | Hearing Set (RE: related document(s)13 Remove Debtor as Debtor in Possession, filed by Creditor U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox) Hearing to be held on |

| | | |
|---|---|---|
| | | 3/21/2006 at 09:00 AM Room 120-Danville, IL for 13, (court, lblo) (Entered: 02/27/2006) |
| 02/28/2006 | ●15 | Debtor's Statement of Social Security Number(s) Filed by Steve Miller on behalf of Jerry Woltman. (Miller, Steve) (Entered: 02/28/2006) |
| 02/28/2006 | | Deadline for Case Opening Satisfied (court, lblo) (Entered: 02/28/2006) |
| 02/28/2006 | ●16 | Meeting of Creditors 341(a) meeting to be held on 4/4/2006 at 10:15 AM at Edgar Cty Courthouse-Paris, IL, 3rd Floor Library. Last day to oppose discharge or dischargeability is 6/3/2006. Proofs of Claims due by 7/3/2006.Government Proof of Claim due by 8/19/2006. (court, lblo) (Entered: 02/28/2006) |
| 02/28/2006 | ●17 | Certificate of Credit Counseling Filed by Steve Miller on behalf of Jerry Woltman. (Miller, Steve) (Entered: 02/28/2006) |
| 03/01/2006 | | Deadline for Case Opening Satisfied (court, lblo) (Entered: 03/01/2006) |
| 03/01/2006 | ●18 | BNC Certificate of Mailing - Hearing (RE: related document(s)14 Hearing (Bk Motion) Set, Hearing (Bk Motion) Set) No. of Notices: 7. Service Date 03/01/2006. (Admin.) (Entered: 03/02/2006) |
| 03/02/2006 | ●19 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)16 Meeting of Creditors Chapter 11 & 12, ) No. of Notices: 46. Service Date 03/02/2006. (Admin.) (Entered: 03/03/2006) |
| 03/06/2006 | ●20 | Amended Schedules *F* Fee Amount $26 Filed by Steve Miller on behalf of Jerry Woltman. (Miller, Steve) (Entered: 03/06/2006) |
| 03/06/2006 | ●21 | Order Requiring Filing Fee (RE: related document(s)20 Amended Schedules (Fee) filed by Debtor Jerry Woltman). Filing Fee Due: 3/16/2006. (court, lblo) (Entered: 03/06/2006) |
| 03/07/2006 | | Receipt of Amended Schedules (Fee)(06-90150) [misc,amdsch] ( 26.00) Filing Fee. Receipt number 1756754. Fee amount 26.00 (U.S. Treasury) (Entered: 03/07/2006) |
| 03/07/2006 | ●22 | Application to Employ Daniel Arbogast and Alane Arbogast as Attorneys Filed by Steve Miller on behalf of Jerry Woltman (Miller, Steve) (Entered: 03/07/2006) |
| 03/07/2006 | ●23 | Application to Employ Ed Anderson as Accountant Filed by Steve Miller on behalf of Jerry Woltman (Miller, Steve) (Entered: 03/07/2006) |
| 03/07/2006 | ●24 | Statement re: No Division Filed by Steve Miller on behalf of Jerry Woltman (RE: related document(s)22 Application to Employ Daniel Arbogast and Alane Arbogast as Attorneys). (Miller, Steve) Additional attachment(s) added on 3/8/2006 (court, lblo). Modified on 3/8/2006 (court, lblo). (Entered: 03/07/2006) |

| 03/07/2006 | 25 | Statement re: No Division Filed by Steve Miller on behalf of Jerry Woltman (RE: related document(s)23 Application to Employ Ed Anderson as Accountant). (Miller, Steve) (Entered: 03/07/2006) |
| 03/07/2006 | 26 | Notice to Filer of Errors in Electronically Filed Documents and Order Requiring Action to Correct (RE: related document(s)24 Statement re: No Division filed by Debtor Jerry Woltman). Required Document Due by 3/14/2006 (court, lblo) (Entered: 03/07/2006) |
| 03/07/2006 | 27 | Notice of Amendment and Order Setting Claim Date . Proofs of Claims due by 5/6/2006. (court, lblo) (Entered: 03/07/2006) |
| 03/07/2006 | 28 | Order Granting Application to Employ Ed Anderson (Related Doc # 23) (court, lblo) (Entered: 03/07/2006) |
| 03/08/2006 | 29 | Application for Compensation for Debtors Attorney of $4692.50 in fees and $26.00 in expenses Filed by Steve Miller. (Miller, Steve) Modified on 3/8/2006 (court, lblo). (Entered: 03/08/2006) |
| 03/08/2006 | 30 | Attachment or Exhibits *1* Filed by Steve Miller on behalf of Jerry Woltman (RE: related document(s)29 Application for Compensation.). (Miller, Steve) (Entered: 03/08/2006) |
| 03/08/2006 | 31 | Hearing Set (RE: related document(s)29 Application for Compensation filed by Attorney Steve Miller) Hearing to be held on 3/21/2006 at 09:00 AM Room 120-Danville, IL for 29, (court, lblo) (Entered: 03/08/2006) |
| 03/08/2006 | 32 | Corrected PDF Filed by Steve Miller on behalf of Jerry Woltman (RE: related document(s)24 Statement re: No Division). (Miller, Steve) (Entered: 03/08/2006) |
| 03/08/2006 | 33 | Order Granting Application to Employ Daniel S Arbogast, and Alane A Arbogast (Related Doc # 22) (court, lblo) (Entered: 03/08/2006) |
| 03/08/2006 | 34 | BNC Certificate of Mailing (RE: related document(s)21 Order Requiring Filing Fee) No. of Notices: 4. Service Date 03/08/2006. (Admin.) (Entered: 03/09/2006) |
| 03/09/2006 | 35 | Application to Employ Larry Woodard as Accountant Filed by Steve Miller on behalf of Jerry Woltman (Miller, Steve) (Entered: 03/09/2006) |
| 03/09/2006 | 36 | Statement re: No Division Filed by Steve Miller on behalf of Jerry Woltman (RE: related document(s)35 Application to Employ Larry Woodard as Accountant). (Miller, Steve) (Entered: 03/09/2006) |
| 03/09/2006 | 37 | BNC Certificate of Mailing (RE: related document(s)26 Notice to Filer of Errors in Electronically Filed Documents and Order Requiring Action to Correct) No. of Notices: 2. Service Date 03/09/2006. (Admin.) (Entered: 03/10/2006) |

| 03/09/2006 | ●38 | BNC Certificate of Mailing (RE: related document(s)27 Notice of Amendment and Order Setting Claim Date) No. of Notices: 6. Service Date 03/09/2006. (Admin.) (Entered: 03/10/2006) |
| 03/09/2006 | ●39 | BNC Certificate of Mailing - PDF Document (RE: related document(s)28 Order Authorizing Employment of Professional) No. of Notices: 4. Service Date 03/09/2006. (Admin.) (Entered: 03/10/2006) |
| 03/10/2006 | ●40 | Order Granting Application to Employ Larry Woodard (Related Doc # 35) (court, dtow) (Entered: 03/10/2006) |
| 03/10/2006 | ●41 | Certificate of Service *Proof of Claim* Filed by Richard L James on behalf of First Financial Bank. (James, Richard) (Entered: 03/10/2006) |
| 03/10/2006 | ●42 | BNC Certificate of Mailing - Hearing (RE: related document(s)31 Hearing (Bk Motion) Set) No. of Notices: 52. Service Date 03/10/2006. (Admin.) (Entered: 03/11/2006) |
| 03/10/2006 | ●43 | BNC Certificate of Mailing - PDF Document (RE: related document(s)33 Order Authorizing Employment of Professional) No. of Notices: 5. Service Date 03/10/2006. (Admin.) (Entered: 03/11/2006) |
| 03/12/2006 | ●44 | BNC Certificate of Mailing - PDF Document (RE: related document(s)40 Order Authorizing Employment of Professional) No. of Notices: 3. Service Date 03/12/2006. (Admin.) (Entered: 03/13/2006) |
| 03/15/2006 | ●45 | Application to Employ Don Crist as Appraiser Filed by Steve Miller on behalf of Jerry Woltman (Miller, Steve) (Entered: 03/15/2006) |
| 03/15/2006 | ●46 | Statement re: No Division Filed by Steve Miller on behalf of Jerry Woltman (RE: related document(s)45 Application to Employ Don Crist as Appraiser). (Miller, Steve) (Entered: 03/15/2006) |
| 03/15/2006 | ●47 | Order Granting Application to Employ Donald R Crist (Related Doc # 45) (court, lblo) (Entered: 03/15/2006) |
| 03/17/2006 | ●48 | BNC Certificate of Mailing - PDF Document (RE: related document(s)47 Order Authorizing Employment of Professional) No. of Notices: 3. Service Date 03/17/2006. (Admin.) (Entered: 03/18/2006) |
| 03/20/2006 | ●49 | Certificate of Service *on Claim #9* Filed by George G Bryan on behalf of U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox. (Bryan, George) (Entered: 03/20/2006) |
| 03/20/2006 | ●50 | Hearing Set (RE: related document(s)13 Remove Debtor as Debtor in Possession, filed by Creditor U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox) Hearing to be held on 4/10/2006 at 09:00 AM Room 120-Danville, IL for 13, (court, lblo) (Entered: |

| | | |
|---|---|---|
| | | 03/20/2006) |
| 03/21/2006 | ⬤ | Hearing Held (RE: related document(s)29 Application for Compensation filed by Attorney Steve Miller) (court, lblo) (Entered: 03/21/2006) |
| 03/21/2006 | 51 | Proceeding Memo (RE: related document(s)29 Application for Compensation filed by Attorney Steve Miller) (court, lblo) (Entered: 03/21/2006) |
| 03/21/2006 | ⬤52 | Order Granting Application For Compensation (Related Doc # 29) for Steve Miller, fees awarded: $4692.50, expenses awarded: $26.00 (court, lblo) (Entered: 03/21/2006) |
| 03/22/2006 | ⬤53 | BNC Certificate of Mailing - Hearing (RE: related document(s)50 Hearing (Bk Motion) Set, Hearing (Bk Motion) Set) No. of Notices: 4. Service Date 03/22/2006. (Admin.) (Entered: 03/23/2006) |
| 03/23/2006 | ⬤54 | BNC Certificate of Mailing - PDF Document (RE: related document(s)52 Order on Application for Compensation) No. of Notices: 5. Service Date 03/23/2006. (Admin.) (Entered: 03/24/2006) |
| 04/04/2006 | ⬤55 | Objection to (related document(s): 13 Motion for Removal of Debtor as Debtor in Possession filed by Creditor U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox) Filed by Steven L Blakely on behalf of Jerry Woltman (Blakely, Steven) (Entered: 04/04/2006) |
| 04/05/2006 | ⬤ | Meeting of Creditors Held as Scheduled (Clark, Michael) (Entered: 04/05/2006) |
| 04/10/2006 | ⬤ | Hearing Held (RE: related document(s)13 Remove Debtor as Debtor in Possession, filed by Creditor U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox) Hearing held deadline set: 4/24/2006, court to do written order. (court, lblo) (Entered: 04/10/2006) |
| 04/10/2006 | 56 | Proceeding Memo (RE: related document(s)13 Remove Debtor as Debtor in Possession, filed by Creditor U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox) (court, lblo) (Entered: 04/10/2006) |
| 04/12/2006 | ⬤57 | Order Granting Motion For Removal of Debtor as Debtor in Possession (Related Doc # 13) (court, lblo) (Entered: 04/12/2006) |
| 04/13/2006 | ⬤58 | Application for Compensation for Steve Miller, Debtor's Attorney, Fee: $9985.00, Expenses: $. Filed by Steve Miller Steve Miller (Miller, Steve) (Entered: 04/13/2006) |

| 04/13/2006 | 59 | Attachment or Exhibits *A* Filed by Steve Miller on behalf of Steve Miller (RE: related document(s)58 Application for Compensation for Steve Miller, Debtor's Attorney, Fee: $9985.00, Expenses: $.). (Miller, Steve) (Entered: 04/13/2006) |
| 04/13/2006 | 60 | Hearing Set (RE: related document(s)58 Application for Compensation filed by Attorney Steve Miller) Hearing to be held on 5/16/2006 at 09:00 AM Room 120-Danville, IL for 58, (court, lblo) (Entered: 04/13/2006) |
| 04/14/2006 | 61 | BNC Certificate of Mailing - PDF Document (RE: related document(s)57 Order on Motion to Remove Debtor as Debtor in Possession) No. of Notices: 4. Service Date 04/14/2006. (Admin.) (Entered: 04/15/2006) |
| 04/15/2006 | 62 | BNC Certificate of Mailing - Hearing (RE: related document(s)60 Hearing (Bk Motion) Set) No. of Notices: 59. Service Date 04/15/2006. (Admin.) (Entered: 04/15/2006) |
| 04/20/2006 | 63 | Notice of Appeal (Fee) Fee Amount $255 Filed by Steven L Blakely on behalf of Steve Miller (RE: related document(s)57 Order on Motion to Remove Debtor as Debtor in Possession). Appellant Designation due by 4/30/2006. (Blakely, Steven) (Entered: 04/20/2006) |
| 04/20/2006 | | Receipt of Notice of Appeal (Fee)(06-90150) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 1850246. Fee amount 255.00 (U.S. Treasury) (Entered: 04/20/2006) |
| 04/20/2006 | 64 | Notice Re: Procedures for Filing Designation of Contents and Ordering Transcripts (RE: related document(s)63 Notice of Appeal (Fee) filed by Attorney Steve Miller) Appellee designation due by 4/30/2006. (court, lblo) (Entered: 04/20/2006) |
| 04/20/2006 | 65 | Generate PDF Notice to BNC (court, lblo) (Entered: 04/20/2006) |
| 04/21/2006 | 66 | Notice of Appeal (Fee) *Interlocutory Order* Fee Amount $255 Filed by Steven L Blakely on behalf of Jerry Woltman (RE: related document(s)57 Order on Motion to Remove Debtor as Debtor in Possession). Appellant Designation due by 5/1/2006. (Blakely, Steven) (Entered: 04/21/2006) |
| 04/21/2006 | | Receipt of Notice of Appeal (Fee)(06-90150) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 1852526. Fee amount 255.00 (U.S. Treasury) (Entered: 04/21/2006) |
| 04/21/2006 | 67 | Motion for Leave to Appeal Filed by Steven L Blakely on behalf of Jerry Woltman (Blakely, Steven) (Entered: 04/21/2006) |
| 04/21/2006 | 68 | Attachment or Exhibits *A* Filed by Steven L Blakely on behalf of Jerry Woltman (RE: related document(s)67 Motion for Leave to Appeal). (Blakely, Steven) (Entered: 04/21/2006) |
| 04/22/2006 | 69 | BNC Certificate of Mailing - PDF Document (RE: related document(s)65 |

| | | |
|---|---|---|
| | | Generate PDF Notice to BNC) No. of Notices: 5. Service Date 04/22/2006. (Admin.) (Entered: 04/23/2006) |
| 04/22/2006 | ●70 | BNC Certificate of Mailing (RE: related document(s)64 Appeal Designation of Contents and Ordering Transcripts Procedural Notice) No. of Notices: 6. Service Date 04/22/2006. (Admin.) (Entered: 04/23/2006) |
| 04/24/2006 | ●71 | Notice of Filing Motion for Leave to Appeal (court, lblo) (Entered: 04/24/2006) |
| 04/24/2006 | ●72 | Generate PDF Notice to BNC (Attachments: # 1 Supplement Notice of Appeal# 2 Supplement Notice of appeal, interlocutory order) (court, lblo) (Entered: 04/24/2006) |
| 04/24/2006 | ●73 | Motion for Approval of or Authority to *Cash Rent Farm Lease* Filed by Michael D Clark Michael D Clark (Clark, Michael) (Entered: 04/24/2006) |
| 04/24/2006 | ●74 | Hearing Set (RE: related document(s)73 Approval or Authority filed by Trustee Michael D Clark) Hearing to be held on 5/2/2006 at 09:00 AM Room 120-Danville, IL for 73, (court, lblo) (Entered: 04/24/2006) |
| 04/26/2006 | ●75 | BNC Certificate of Mailing (RE: related document(s)71 Leave to Appeal Notice of Filing) No. of Notices: 5. Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/26/2006 | ●76 | BNC Certificate of Mailing - Hearing (RE: related document(s)74 Hearing (Bk Motion) Set) No. of Notices: 59. Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/26/2006 | ●77 | BNC Certificate of Mailing - PDF Document (RE: related document(s)72 Generate PDF Notice to BNC) No. of Notices: 6. Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/28/2006 | ●78 | Response to (related document(s): 67 Motion for Leave to Appeal filed by Debtor Jerry Woltman) Filed by George G Bryan on behalf of U.S. Bank National Association, successor by merger to U.S. Bank Trust National Association, as custodian/trustee, c/o George G. Bryan, Tummelson Bryan & Knox (Bryan, George) (Entered: 04/28/2006) |
| 05/01/2006 | ●79 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Steven L Blakely on behalf of Steve Miller (RE: related document(s)66 Notice of Appeal (Fee), Notice of Appeal (Fee), 63 Notice of Appeal (Fee)). Appellee designation due by 5/11/2006. Transmission of Designation Due by 5/31/2006. (Blakely, Steven) (Entered: 05/01/2006) |