AO 450 (Rev. 5/85) Judgment in a Civil Case

United States District Court
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JERRY WOLTMAN,**
　　　　　**Appellant,**

　　　　vs.　　　　　　　　　　　　　　　　　　　　　　　　Case Number:   **06-2088**

**US BANK NATIONAL ASSOCIATION,**
　　　　　**Appelle.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED** that the Appelant's Motion for Leave to File Appeal is DENIED.

ENTER this 25th day of May, 2006.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY:  DEPUTY CLERK