**E-FILED**
Monday, 05 June, 2006  11:44:52 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| *IN RE*: | ) | **In Proceedings Under Chapter 12** |
| | ) | |
| *JERRY WOLTMAN,* | ) | |
| | ) | |
| Debtor. | ) | **Bankruptcy Case No. 06-90150** |
| | ) | |
| *JERRY WOLTMAN,* | ) | |
| | ) | |
| Debtor-Appellant, | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| *U.S. BANK NATIONAL ASSOCIATION,* | ) | |
| | ) | |
| Creditor-Appellee. | ) | **Case No. 06-2088** |
| | ) | |

———————————————

# NOTICE OF APPEAL

———————————————

Notice is hereby given that Jerry Woltman, debtor in the above-named case, hereby

appeals to the United States Court of Appeals for the Seventh Circuit from the final order entered

in this case on May 24, 2006.

ACTON & SNYDER, LLP,
**Attorneys for Debtor,**
**Jerry Woltman,**

**By** */s/* Steven  L.  Blakely

**Steven L. Blakely**

## **Certificate of Service**

The undersigned certifies that a copy of the forgoing document was served electronically upon all parties scheduled on the court s EFC Notice List this May 05, 2006.

The undersigned further certifies that a copy of the forgoing document was served upon George G. Bryan and Helen F. Grandone of TUMMELSON, BRYAN *&* KNOX by mailing a copy of it to them via First Class United States Mail, postage prepaid, addressed to 115 North Broadway Avenue, Post Office Box No. 99, Urbana, Illinois 61803-0099 on May 05, 2006.

/**s**/ Steven L. Blakely
**Steven L. Blakely**

Steve Miller
Steven L. Blakely
ACTON *&* SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217)442-0355
Fax (217)442-0335