**E-FILED**
Monday, 05 June, 2006  01:44:30 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| *IN RE*: | In Proceedings Under Chapter 12 |
| *JERRY WOLTMAN,* | |
| Debtor. | Bankruptcy Case No. 06-90150 |
| *JERRY WOLTMAN,* | |
| Debtor-Appellant, | |
| *vs.* | |
| *U.S. BANK NATIONAL ASSOCIATION,* | |
| Creditor-Appellee. | Case No. 06-2088 |

---

# NOTICE OF APPEAL

---

Notice is hereby given that Jerry Woltman, debtor in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final order entered in this case on May 24, 2006.

> **ACTON & SNYDER, LLP,**
> **Attorneys for Debtor,**
> **Jerry Woltman,**
>
> **By** */s/* Steven  L.  Blakely
> **Steven L. Blakely**

## Certificate of Service

The undersigned certifies that a copy of the forgoing document was served electronically upon all parties scheduled on the court s EFC Notice List this May 05, 2006.

The undersigned further certifies that a copy of the forgoing document was served upon George G. Bryan and Helen F. Grandone of TUMMELSON, BRYAN & KNOX by mailing a copy of it to them via First Class United States Mail, postage prepaid, addressed to 115 North Broadway Avenue, Post Office Box No. 99, Urbana, Illinois 61803-0099 on May 05, 2006.

/s/ Steven L. Blakely
**Steven L. Blakely**

Steve Miller
Steven L. Blakely
ACTON & SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217)442-0355
Fax (217)442-0335