*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois        Docket No.: 06-2088

Division: Urbana

**Plaintiff (Petitioner) Short Caption Defendant (Respondent)**

IN RE JERRY WOLTMAN:  JERRY WOLTMAN,   v.   US BANK NATIONAL ASSOCIATION,
Debtor-Appellant                              CREDITOR-APPELLEE

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Steve Miller                          Name: George G. Bryan

Firm: Acton & Snyder                        Firm: Tummerlson Bryan & Knox

Address: 11 E North St                      Address: PO Box 99

Danville, IL 61832                          Urbana, IL 61801-0099

Phone: 217-442-0350                         Phone: 217-367-2555

---

Judge: Michael P. McCuskey                  Nature of Suit Code:  443

Court Reporter:                             Date Filed in District Court:  5/2/06

                                            Date of Judgment: 5/25/06

                                            Date of Notice of Appeal: 6/5/06

Counsel:   ___Appointed     XX  Retained    ___Pro Se

Fee Status:   XX Paid      ___Due      ___IFP      ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes      XX  No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**