UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| CLERK OF THE COURT | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |
|---|---|---|

TO:  District Court Clerk's Office

RE:  Notice of Docketing

    The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:    06-2545              Docketed on: 6/5/06
Short Caption:          Woltman, Jerry v. US Bank Nat'l Assoc.
District Court Judge:   Michael P. McCuskey
District Court No.:     06 C 2088
```

    If you have any questions regarding this appeal, please call this office.

(1003-012490)



FILED
JUN 12 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL