## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| *IN RE*: | ) | **In Proceedings Under Chapter 12** |
| *JERRY WOLTMAN*, | ) | |
| Debtor. | ) | **Bankruptcy Case No. 06-90150** |
| *JERRY WOLTMAN*, | ) | |
| Debtor-Appellant, | ) | |
| *vs.* | ) | |
| *U.S. BANK NATIONAL ASSOCIATION*, | ) | |
| Creditor-Appellee. | ) | **Case No. 06-2088** |

**APPELLANT S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

Debtor, Jerry Woltman, by counsel, Steven L. Blakely of ACTON *&* SNYDER, LLP, Danville, Illinois, designates the following items to be included in the record on appeal and provides a statement of the issue to be presented on appeal.

### Designation of Items to Be Included in the Record on Appeal

The Clerk will please include the following items in the record on appeal:

(1)    Debtor s Notice of Appeal.

(2)    The Judgment Order, entered April 12, 2006.

(3)    The Opinion entered May 24, 2006.

(4) The Docket.

(5) All pleadings including all schedules thereto, motions, orders, and other papers filed in this case.

(6) The transcript of the hearing held in this case on April 10, 2006.

(7) All exhibits offered into evidence by either party at the trial held in this case during the April 10, 2006, hearing, including those exhibits.

## Statement of Issues to be Presented on Appeal.

(1) Whether the bankruptcy court erred in removing Woltman as Chapter 12 debtor-in-possession for incompetence or gross mismanagement prior to commencement of the case?

(2) Whether the district erred in denying Woltman s Motion for Leave to Appeal?

(3) Whether the district court erred in determining that the order appealed from is an interlocutory order?

ACTON & SNYDER, LLP,
**Attorneys for Debtor,
Jerry Woltman,**

By */s/* Steven L. Blakely
   **Steven L. Blakely**

## Certificate of Service

The undersigned certifies that a copy of the forgoing document was served electronically upon all parties scheduled on the court s EFC Notice List this June 19, 2006.

The undersigned further certifies that a copy of the forgoing document was served upon George G. Bryan and Helen F. Grandone of TUMMELSON, BRYAN & KNOX by mailing a copy of it to them via First Class United States Mail, postage prepaid, addressed to 115 North Broadway Avenue, Post Office Box No. 99, Urbana, Illinois 61803-0099 on June 17, 2006.

/s/ Steven L. Blakely
**Steven L. Blakely**

Steve Miller
Steven L. Blakely
ACTON & SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217)442-0355
Fax (217)442-0335