E-FILED
Friday, 30 June, 2006  01:03:48 PM
 Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: June 27, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

FROM: Clerk of the Court

RE: 06-2545
Woltman, Jerry v. US Bank Nat'l Assoc.
06 C 2088, Michael P. McCuskey, Chief Judge

**FILED**

JUN 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: __6/30/06__            _____
(1202-052495)                Deputy Clerk, U.S. District Court

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>DISMISSAL PER FRAP 42(b)</u>

Date: June 27, 2006

By the Court:

No. 06-2545

IN RE:
    JERRY WOLTMAN
    Debtor - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 2088, Michael P. McCuskey, Chief Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 6/26/06,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

_____
Clerk, United States Court of Appeals for the Seventh Circuit

deputy